# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

154034

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

KAREN L. STRENG,
           Plaintiff-Appellee,

v

SC: 154034
COA: 323226
Mackinac CC: 2013-007445-NI

BOARD OF MACKINAC COUNTY ROAD
COMMISSIONERS,
           Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the May 24, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016

p1214

Clerk